UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| GUILLERMO RIVERA, | )    CASE NO. 09-35374-HCD-7 |
| IMELDA RIVERA | ) |
| | ) |
| Debtor(s) | ) |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

At South Bend, Indiana on   January 7, 2010

US Bank, NA, its Successors and/or Assigns (Hereinafter referred to as ("US Bank"), by counsel having filed Motion for Relief from Stay and to Abandon Real Estate on the following described real property:

LOT 117 IN PURL AND HOPE'S EAST ADDITION TO THE CITY OF GOSHEN, INDIANA, SAID PLAT BEING RECORDED IN DEED RECORD 114, PAGE 33 IN THE OFFICE OF THE RECORDER OF ELKHART, COUNTY, INDIANA.

More commonly known as 1006 S 12th St, Goshen, IN 46526-4408, it is further,

ORDERED AND ADJUDGED: That US Bank is granted relief from the automatic stay and the property is abandoned.

/s/ HARRY C. DEES, JR.
HARRY C. DEES JR., CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT
Northern District of Indiana